■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about June 7, 1984, unanimously affirmed. Application by appellant for an extension of time to file a *pro se* supplemental brief denied. No opinion. Concur—Kupferman, J. P., Sullivan, Asch and Milonas, JJ.